UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH WARREN FORD,
    Plaintiff,

vs.                                          Case No.:  3:23cv5086/LAC/ZCB

SCOTT MAY, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendations on October 27, 2023.  (Doc. 77).  The Court furnished the parties copies of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 77) is adopted and incorporated by reference in this order.

2.    Defendant Martin's motion to dismiss, (Doc. 59), is **DENIED**.

3.   This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 17th day of November, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**